IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES,** | ) | |
| | ) | |
|     **Plaintiff** | ) | |
| | ) | |
|     **v.** | ) | **CIVIL ACTION NO.** |
| | ) |   **1:05cv70-T** |
| **LARRY A. BAXTER, et al.,** | ) |     **(WO)** |
| | ) | |
|     **Defendants.** | ) | |

**ORDER**

In accordance with the oral findings of the court on September 28, 2005, it is ORDERED as follows:

(1) The government's motion to hold defendant Larry Baxter in civil contempt (Doc. No. 57) is granted to the extent that defendant Baxter is declared to be in civil contempt of the court's judgment and injunction (Doc. No. 48) for failing to provide phone numbers and Social Security or employer identification numbers of the individuals to whom he has mailed a copy of the court's order and injunction.

(2) A fine of $2,000 a day is imposed on defendant Larry Baxter until he provides evidence to the court that he has

purged himself of the contempt in the preceding paragraph.

(3) The court suspends imposition of the $2,000-a-day fine until noon on September 29, 2005.

(4) The court reserves reaching at this time whether defendant Larry Baxter is in civil contempt for failing to mail a copy of the court's judgment and injunction to all former customers and for failing to provide a complete list of the names, mailing addresses, phone numbers, email addresses, and Social Security numbers or employer identification numbers of those individuals to the court.

(5) Defendant Larry Baxter is allowed until noon on September 29, 2005, to submit evidence to the court clarifying whether he has mailed a copy of the court's judgment and injunction to all former customers and to provide a complete list of the names, mailing addresses, phone numbers, email addresses, and Social Security numbers or employer identification numbers of those individuals.

DONE, this the 29th day of September, 2005.

                                            /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE