IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>    Plaintiff,              )<br>                            )<br>    v.                      )<br>                            )<br>LARRY A. BAXTER, et al.,    )<br>                            )<br>    Defendants.             ) | CIVIL ACTION NO.<br>   1:05cv70-MHT<br>       (WO) |

### ORDER

It is ORDERED that defendant Anita Dawkins's request for "formal investigation" (Doc. 76) is denied. The court is without authority to grant such relief.

DONE, this the 21st day of September, 2021.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE